# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU FARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELL PIPELINE COMPANY, L.P., *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00377-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 13) |

Plaintiff, Mary Lou Farias, and Defendant, Shell Pipeline Company L.P., have filed a stipulation to dismiss the entire action with prejudice. (ECF No. 13). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 13, 2020**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE